AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

_____
Plaintiff

V.

_____
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: _____

I, __June M. Siman__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        ☐ other

in the above entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☐ Yes        ☑ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?        ☐ Yes        ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes        ☑ No
   b. Rent payments, interest or dividends                 ☐ Yes        ☑ No
   c. Pensions, annuities or life insurance payments      ☐ Yes        ☑ No
   d. Disability or workers compensation payments         ☑ Yes        ☐ No
   e. Gifts or inheritances                                ☐ Yes        ☑ No
   f. Any other sources                                    ☐ Yes        ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

```
*** REC 2004139  121402 H3F318E0 QFMS  CIPQYA5  PQA5   (F-QFM )  ***
TPQY   DTE:05/18/04  SSN: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           DOC:052 UNIT:1    PG: 001
STATUS   MBR YES LOU-05/18 SSACCS NO  LOU-05/17 SSR YES LOU-05/07/97
INPUT SOCIAL SECURITY NUMBER 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    NAME   J SIMAN     USER CODE 1
TPQY CONFIDENTIAL SOCIAL SECURITY DATA - CLAIM NUMBER 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A
INDIVIDUALS OWN SOCIAL SECURITY NUMBER: 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
    JUNE M SIMAN FEMALE BORN:12/16/62  ENTITLED:12/1994
    JUNE M SIMAN           42 WALNUT ST
                                              DEDHAM MA 02026
PAYMENT STATUS CODE: C -BENEFITS PAID
NET MONTHLY BENEFIT IF PAYABLE: $455.00
BENEFIT HISTORY:
  DATE:           GROSS BENEFIT:
  12/2003         $455.00 CREDITED
  05/2003         $445.00 CREDITED
INPUT SOCIAL SECURITY NUMBER 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    NAME   J SIMAN     USER CODE 1
TPQY CONFIDENTIAL SUPPLEMENTAL SECURITY INCOME DATA ON 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
    JUNE MARY SIMAN FEMALE BORN:12/16/62 ELIGIBLE:12/1995
APPLICATION DATE: 12/05/1995 TYPE OF PERSON: DISABLED INDIVIDUAL
CITIZEN/ALIEN CODE: N
MAILING ADDRESS:
JUNE MARY SIMAN
42 WALNUT ST
DEDHAM MA 02026 2921
RESIDENCE:
42 WALNUT ST
                         DEDHAM MA 02026
NET CURRENT BENEFIT FOR 05/01/2004 - FED AMT: $128.96 STATE AMT: $114.39
PAYMENT HISTORY OF NET BENEFITS PAID:
DATE:       FEDERAL AMT:   STATE AMT:   TYPE OF PAYMENT:
05/01/2004  $    128.96    $   114.39   RECURRING
04/15/2004  $      0.00    $   251.97   REGULAR UNDERPAYMENT
01/01/2004  $    128.96    $    30.40   RECURRING
12/01/2003  $    126.96    $    30.40   RECURRING
11/01/2003  $     68.72    $    30.40   RECURRING
11/01/2003  $     58.24    $     0.00   OVERPAYMENT RECOVERY
10/01/2003  $     68.72    $    30.40   RECURRING
10/01/2003  $     58.24    $     0.00   OVERPAYMENT RECOVERY
09/01/2003  $    126.96    $    30.40   RECURRING
05/01/2003  $    189.96    $    30.40   RECURRING
PAYMENT STATUS CODE: C01 - PAY E
INPUT SOCIAL SECURITY NUMBER 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    NAME   J SIMAN     USER CODE 1
***INFORMATION***
***D O REVIEW REQUIRED***
IDENTITY DISCREPANCY BETWEEN MBR & SSR:
   PERSONS NAME DISCREPANT
```

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?  ☒ Yes   ☐ No

   If "Yes," state the total amount. _Currently Approx 0.00_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _Samantha C. Hourihan - daughter, age 14, I have full physical custody & Tina Simone Hourihan, daughter, age 11, also at home with me._

I declare under penalty of perjury that the above information is true and correct.

_6/29/04_
Date

_[signature]_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.