(1)

United States District Court
District of Massachusetts

FILED
CLERKS OFFICE
2004 JUN 29 P 4:49
U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action ______________

Plaintiff

June M. Siman
42 Walnut St.
Dedham, MA. 02026

Defendants

Nstar Gas & Electric
One Nstar Way
Westwood, MA. 02090-9230
&
Dedham Housing Authority
163 Dedham Boulevard
Dedham, MA. 02026

Parties

1) The Plaintiff is a resident of the Town of Dedham Massachusetts and is a client of both parties listed as defendants.

2) The Plaintiff is a single mother with long standing disabilities

3) The defendant entity Nstar's offices are located in the neighboring town of Westwood Massachusetts & provides utilities to the Town of Dedham.

4) The defendant entity the Dedham Housing Authority (here-after: the D.H.A.) ~~pre~~ administers the plaintiff's Federal Housing subsidy. Their offices are located in Dedham, Mass., And Joann Toomey is the Executive Director.

## Jurisdiction

Nstar is overseen by the Department of Telecommunications and energy - which is a Federal Agency and The D.H.A. is subject to Federal Jurisdiction as the plaintiff's subsidy is Federal.

## Facts

1) On August 27th, 2003, the defendant contacted both Nstar & the DTE in order to try to rectify her arears, and to dispute the mounting gas bill, as it was being manually entered & she'd not had an actual read in years.

2) On August 27th, 2003, the defendant sent out Certified letters to both the DTE

and Nstar and provided the necessary documentation required to obtain serious illness protection for her household.

3) On September 11th, 2003, the defendant again contacted both the D.T.E. and Nstar, as she had not received any response to her letters of August 27th.

4) On 9/16/2003, Nstar discontinued the plaintiffs electricity due to mounting arears despite the letters sent and the serious illness protection, though they later returned it.

5) On 10/12/2003 the ~~defendant~~ plaintiff was hospitals due to a number of complications regarding her health - until 10/20/2003.

6) On November 4, 2003, the ~~defen~~ plaintiff acquired the appropriate documentation to renew her serious illness protection.

7) In May of 2004, on the 27th, Nstar again discontinued service to the plaintiffs home. Where-upon plaintiff made a Two hundred dollar payment and obtained the required documentation that provides for serious illness protection.

8) On June 7th, 2004, the plaintiff sent out 5 Certified Letters, containing all pertinent

documentation to the following agencies that she might avail herself of any assistance available to her:

ABCD
178 Tremont St.
Boston, MA. 02111

Self Help Inc.
1326 Main St.
Brockton, MA. 02301

Catholic Charities
270 Washington St.
Somerville, MA. 02143

Good Neighbor Energy Fund
Salvation Army
147 Berkeley St.
Boston, MA. 02119

United Way
245 Summer St.
Boston, MA. 02210

9) The Plaintiff requested only assistance with the electric bill, because - as of Aug. 27, 2003, the GAS Usage is in dispute.

10) On June 23, 2004, Nstar shut off GAS Service to the plaintiff's residence; despite receiving the appropriate documentation providing for serious illness protection & despite the amount of usage being disputed.

11) On June 14, 2004, the DHA sent notice of termination of housing subsidy due to non payment of utility bills.

12) On June 21, 2004, plaintiff made formal request for hearing.

13) On June 24, 2004, plaintiff's gas meter was changed - entry into the home was not required. She had believed it was serviced in September of 2003.

The Nstar employee provided plaintiff with a receipt and explained that the meter dated to 1997. The actual read on the old meter was 0115. The read the plaintiff is being charged on is 8047.

14) Plaintiff has discovered an old bill, dated July 9, 2002, which shows that her bill has been estimated as far back as 5/8/2001. The estimated read for July of 2002 is 1898.

15) The plaintiff has not had any response from the D.H.A. since applying for a hearing and she is currently without gas service and has in fact received notice of termination of her electric service on July 15th, 2004, despite the 60 days afforded her under Serious illness protection.

16) Wherefore the Plaintiff respectfully moves this Court to order Nstar to Abide by the Federal and State Rules governing both Serious illness protection and the process of disputing Gas usage. The plaintiff further requests that the DTE investigate her situation, as it appears that Nstar has been arbitrarily inputting the amount of Gas usage attributed to the plaintiff for, at the very least - 3 years! The plaintiff requests as well that the D.H.A. recall its primary purpose; nor seek to aid and abet Nstar in unjust practices; nor to cause plaintiff to be homeless because she has availed herself of the Laws that govern utility shut-off protection.

17) Lastly, the plaintiff requests the Court appoint an attorney, whether through the Americans with Disabilities Act Trial Court Division or other means; as the case at hand is complex and all the issues are too lengthly for a full disclosure by plaintiff's own hand.

June M. Simon
42 Walnut St.
Dedham, MA. 02026
(No phone)

CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Sent To: NSTAR GAS & Electric
Street, Apt. No.; or PO Box No.: P.O. Box 4508
City, State, ZIP+4: Woburn, MA 01888-4508
PS Form 3800, June 2002 See Reverse for Instructions

7002 2410 0006 0175 3927

June M. Siman
42 Walnut St.
Dedham, MA. 02026
September 11, 2003

Account # s. NSTAR Gas 1370 644 0045
NSTAR Electric 2333 191 1000

Dear Sirs and Ma'ams,

Please be advised that this letter comes to you by way of Certified U.S. Post, as did my previous letter of 8/27/2003. Among the documents enclosed please find a copy of said receipt, signed on 8/28/2003. I have yet to receive a response. In the meantime, I've had another notice of shut-off from NSTAR, which will be effective September 25, 2003 unless I pay $1168.63 as well as an additional $878.98 due for the electric bill by September 15, 2003. I sent you copies of my income verification in my last missive, as well as letters from my Doctor. I informed both your Office and NSTAR by Certified Post that I have no phone and that calling the Credit Department at NSTAR by pay phone is a costly venture with no certain hope of getting through to a representative before one runs out of funds. I have received no written response from either but for the current shut of notice, a co[...] an Inquiry into the validity of the Gas bill, for [...] read the meter, though they've never [...], particularly the last time they shut my [...] There are only three people living in this [...]dryer are electric. I do not see how my bill [...]inue to attribute to me. NSTAR's [...]ne to oversee it. My disability limits my

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

| | |
|---|---|
| Postage | $ .60 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.65 |

Sent To: Dept. of Telecommunications & Energy
Street, Apt. No.; or PO Box No.: One South Station
City, State, ZIP+4: Boston, MA. 02110
PS Form 3800, June 2002 See Reverse for Instructions

7002 2410 0006 0175 3934

June M. Siman
42 Walnut St.
Dedham, Ma 02026
August 26, 2003

DEPARTMENT OF TELECOMMUNICATIONS AND ENERGY (DTE)
CONSUMER DIVISION
ONE SOUTH STATION
BOSTON, MA 02110

Re: Notice of inability of NSTAR to continue with serious illness protection for Account number 2333 191 1000, dated August 22, 2003, received August 25, 2003.

Dear Sirs,

I am writing to you regarding my utility bills and the difficulty I've had trying to pay them and all the bills associated with a three bedroom home and three children on a very limited income, by anyone's standards. Yesterday, after complying with the requests of the utility company regarding the documentation required, I received notice that they would no longer continue my serious illness protection as they need not do so any longer under your departments guidelines. I dispute this finding. Further, I would like to know more about the GOOD NEIGHBOR FUND, for though I've contributed in times of plenty, I've never been afforded the assistance of said funds. I would like to know who qualifies for those funds and how destitute one must be in order to qualify? I must keep this missive brief because of the time restrictions placed upon filing for my right to dispute, which this document formally declares. Please be advised that this letter is being sent Certified U.S. Post in order to document dates and all correspondences that they may be employed as factual representation of events should Court proceedings be in order. Be advised as well that should matters be unresolvable, I reserve the right to seek redress for the *years* that NSTAR has been billing me purely on an arbitrary basis claiming that my gas meter is unreadable, and once going so far as to send me a bill for $9000.00!

I have included copies of the material faxed to NSTAR offices and have sent them duplicates Certified U.S. Post due to this turn of events. I will be sending copies of all

materials to various government and media Agencies once I determine the best venues and will update you on all correspondences. For myself, I would relish having everything shut off in order that the *myths* about the *assistance* given to *Loyal U.S. Citizens* be dispelled in the light of the truth; for my children I would hate to see them suffer, which is why I bothered to apply for the protection in the first place. You will find copies of my income, and you will wonder, as I often have, how I manage to dress my children at all; how I can possibly feed them anything healthy; how I manage feminine hygiene with two menstruating daughters. This world is impossible and many suffer. The true torture for me is that the Country I pledged my *Sacred Allegiance* to, does not honor me, does not honor mothers in general, and merely pays lip service to the underprivileged. Principle and practice seem to have become irreconcilable. Perhaps I have not properly put it to the test however, and so I appeal to you on behalf of my children, who will be starting school in September, please help me? I cannot borrow any more money. I recently received a small amount of back pay from Social Security Disability but, unfortunately, I still owed $400.00 for the money I borrowed in May of 2003 in order to pay the $470 required by NSTAR to keep the gas on, and $400.00 I borrowed in order to keep my vehicle, which takes me back and forth to all my Doctors appointments thus saving the Commonwealth the expense of transporting me. That was over two months ago and I still owe my cousin another $1,000.00. I don't know how I managed till now, but I am out of resources and I know not where to turn. It is impossible that this should happen to any family in this Country. And I am not always capable or lucid enough to function and get things done, and I've no assistance. I also have no phone. I cannot afford it. The letter NSTAR sent me says I can call the credit department to get help, but I ran out of Quarters ($5.00 worth, last time I tried), before I was taken off hold. This whole situation is very dispiriting, and I can only hope that you will give me ample time to respond, as all our dealings will have to be through the Post. I cannot afford to waste what little resources I have on hold.

      I would welcome the assistance of any organizations that can help me. I did try to put a budget together with a friend but when it became evident that my household's bare expenses far outweighed my income, she became even more dispirited than I was. It is a terrible thing to be in a hopeless situation and have children depend on you to rear them with some modicum of hope, if not for now, then the future. But such has been my life since my disability took hold. It has been many years that I have been "robbing Peter to pay Paul", and I don't have it in me to continue. Do what you deem appropriate.

      Please forgive my disorganized writing, but time is of the essence. This document states my intention to dispute the findings regarding Account # 2333 191 1000, and if the same findings hold for Account # 1570 644 0045, I dispute them as well. I have not been informed that the second account is unprotected but I did get a shut off notice so please be advised that if protection is removed I've already made my intention of disputing said , known. Thank you for your kind attention to this matter.

      Sincerely

      June M Siman

**ENC.**7uy

****************************************************************
SHUTOFF NOTICE
****************************************************************

DEAR CUSTOMER: JUNE 28, 2004

YOUR SERVICE IS SCHEDULED FOR SHUTOFF ON **JULY 15, 2004.**

TO AVOID SHUTOFF, PLEASE PAY **$1329.92** BY **JULY 14, 2004. IF YOU PURCHASED ELECTRICITY FROM AN ELECTRICITY SUPPLIER, THE SHUTOFF AMOUNT INCLUDES CHARGES FROM YOUR DISTRIBUTION COMPANY (NSTAR) AND YOUR ELECTRICITY SUPPLIER.** TO MAKE PAYMENT ARRANGEMENTS, CALL THE CREDIT DEPARTMENT TOLL FREE AT **1-800-592-2000** BETWEEN 8:00 A.M. AND 5:00 P.M., MONDAY-FRIDAY.

**IF YOU PAY AT A PAYMENT AGENCY, CALL THE CREDIT DEPARTMENT IMMEDIATELY WITH YOUR RECEIPT NUMBER TO PREVENT SHUTOFF.**

2 HOURS LEFT
********************

CAREFULLY

MAY 14, 200

AY 20, 2004 OR WITHIN
OUR PAYMENT.

WESTERN UNION
BOSTON CHECK CASHERS R 000011
HYDE PARK, MA
NSTAR

Z172720 0569 05/28/04 11:51AM 148 129900
8023331911000

| | | | $200.00CS | $0.00K00 |
|---|---|---|---|---|
| 00 CHECK PD | $0.00; | CASH PD | | $200.00 |
| 01 STATEMENT | $200.00; | TOTAL PD | | $200.00 |
| CHANGE DUE | $0.00 | | | EMP12 |

**IF YOU PURCHASED**
**THE SHUTOFF AMOUNT**
**MPANY (NSTAR) AND YOUR**
**YMENT.** PAYMENT
EDIT DEPARTMENT AT
P.M., MONDAY-FRIDAY.
**PAYMENT ARRANGEMENTS**

**IF YOUR SERVICE IS SHUT OFF, IT WILL BE RECONNECTED WITHIN 24 HOURS AFTER PAYMENT HAS BEEN RECEIVED. THE RECONNECT FEE WILL BE $15.00.**

OPEN BALANCE $1514.92

LAST PAYMENTS RECEIVED
NONE

**IF YOU PAY AT A PAYMENT AGENCY, CALL THE CREDIT DEPARTMENT IMMEDIATELY WITH YOUR RECEIPT NUMBER TO PREVENT SHUTOFF.**

YOUR ACCOUNT NUMBER IS 2333-191-1000
FOR SERVICE AT: 42 WALNUT ST
DEDHAM MA 02026

****** ESTE E' UM AVISO IMPORTANTE. QUEIRA MANDA-LO TRADUZIR.******
********* ESTE ES UN AVISO IMPORTANTE. DEBE SER TRADUCIDO.*********

NSTAR

CUSTOMER SERVICE CENTER 1-800-592-2000
TECH CENTER FOR BUSINESS CUSTOMERS 1-800-340-9822

NSTAR

Post Office Box 4508
Woburn, MA 01888-4508

Account Number

11000005255426817551156600000048357 30 1570 644 0045 05 H

JUNE M SIMAN-PASSI
42 WALNUT ST
DEDHAM MA 02026-2921

Please Pay
$525.54

NSTAR Gas

48357 4197

RETURN THIS PORTION WITH YOUR PAYMENT. PLEASE BRING ENTIRE BILL WHEN PAYING IN PERSON. 2 IMD

YOU MIGHT BE ELIGIBLE TO RECEIVE A $100 REBATE FROM NSTAR IF YOU PURCHASE A HIGH-EFFICIENCY GAS WATER HEATER WITH AN ENERGY FACTOR RATING OF .61 OR HIGHER AND HAVE THE WATER HEATER INSTALLED BY A LICENSED CONTRACTOR. FOR DETAILS OR REBATE FORMS CALL 1-800-232-0672 OR CONTACT YOUR PLUMBER. MORE INFORMATION IS ALSO AVAILABLE ON WWW.NSTARONLINE.COM.

| Account Number | Billing Date | Next Read Date |
|---|---|---|
| 1570 644 0045 | Jun 27, 2002 | Jul 9, 2002 |

**Service Provided to**

JUNE M SIMAN-PASSI
42 WALNUT ST
DEDHAM MA 02026

| Account Summary | |
|---|---|
| Previous Bill | 628.57 |
| Payment - Thank You | -145.00 |
| Total Charges for Gas | 41.97 |
| Amount Due | $525.54 |

**Gas Used**

Rate 05-Residential Assistance Heat
Meter 1255283

| | |
|---|---|
| Jun 06, 2002 Estimated Read | 1898 |
| May 08, 2002 Estimated Read - | 1837 |
| CCF Used in 29 Days | 61 |
| Times Therm Factor X | 1.0382 |
| Therms Billed this Meter | 63 |

| Date | Therms |
|---|---|
| 05/08* | 107 |
| 04/08* | 164 |
| 03/08* | 224 |
| 02/06* | 246 |
| 01/08* | 243 |
| 12/07* | 168 |
| 11/07* | 178 |
| 09/07* | 33 |
| 08/08* | 27 |
| 07/10* | 43 |
| 06/08* | 61 |

*Estimate

**Charges for Gas Used**

| | | | |
|---|---|---|---|
| **Delivery Charges** | | | |
| Customer Charge | | | 5.30 |
| Distribution Charges | | | |
| 1st 20 | .35520 X | 20 Therms | 7.10 |
| Over 20 | .11630 X | 43 Therms | 5.00 |
| Distrib Adj | .00720 X | 63 Therms | 0.45 |
| Delivery Charges Total | | | 17.85 |
| **Supplier Charges** | | | |
| Cost of Gas | .38280 X | 63 Therms | 24.12 |
| **Total Charges for Gas** | | | **41.97** |

*SINCE A RECENT ACTUAL READING SHOWS NO GAS USAGE, THIS BILL HAS BEEN ESTIMATED. THE ACTUAL READING IS A CHANGE FROM PAST USAGE PATTERNS. PLEASE CONTACT OUR OFFICE BETWEEN 8:00 A.M. AND 4:30 P.M.*

CUSTOMER SERVICE CENTER 1-800-572-9300
OR OUT OF STATE 1-508-481-7900



## IF YOU WISH TO DISPUTE YOUR BILL

If you do not think your bill is correct, or if you wish to dispute all or part of your bill, please call

**1-800-592-2000**

*or write*

NSTAR
Customer Care
Dept. SW-200
One NSTAR Way
Westwood, MA 02090-9230

Please include an explanation of your inquiry and a phone number where you can be reached between 9:00 a.m. and 5:00 p.m. Please include your home phone number as well. We will thoroughly research your inquiry and promptly report the results back to you.

If you are not satisfied with our investigation or the payment plan we have offered on the overdue portion of your bill, you may appeal by writing the Department of Telecommunications and Energy, Consumer Division, One South Station, Boston, MA 02110, or by calling 1-800-392-6066 or 1-617-305-3531. The DTE's Web Site address is www.magnet.state.ma.us/dpu/

## PAYMENT PLANS

We will work with you to set up an equal payment budget plan. We also offer an extended payment agreement that lets you spread any overdue part of your bill over a minimum of four months while you continue to pay your current bills.

## SERVICE RESTORATION

If your service was shut off because we were not aware that you are in one of these financial hardship categories, and if you meet all eligibility requirements, your service will be restored.

www.nstaronline.com

NSTAR

# AN IMPORTANT MESSAGE FROM NSTAR

Esta información trata sobre su derecho al uso del servicio eléctrico o gas. Si usted no entiende inglés, pida que alguien se la traduzca, o llame al número de la NSTAR que aparece impreso en su factura.

**A representative from NSTAR came today to:**

- [ ] Collect payment of your overdue electric or gas bill
- [x] Shut off your electric or gas service Bath Furnace

Customer June Siman Pass $ Arrears Amount

Address 42 Walnut

Amount Due $ 789.07

2333-191-1000
NSTAR Account Number

9/16. last payment 4/6/02 for 642
Date Employee Number

electric ... electric thermostat

**Please call NSTAR at 1-800-592-2000 to discuss payment options.**

The information in this brochure explains your rights and options that may apply to you.

NSTAR

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United Way
245 Summer St.
Boston, MA.
02210

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7003 1010 0004 5859 9675

PS Form 3811, August 2001 Domestic Return Receipt 2ACPRI-03-Z-0985

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Good Neighbor Energy Fund/ Salvation Army
147 Berkeley St.
Boston, MA.
02119

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) ABDMADIRBABA C. Date of Delivery 6-6-04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7003 1010 0004 5859 9682

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Catholic Charities
270 Washington St.
Somerville, MA.
02143

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery 6/8/04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7003 1010 0004 5859 9668

PS Form 3811, August 2001 Domestic Return Receipt 2ACPRI-03-Z-0985

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) [illegible] C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No



NSTAR GAS

COMMITTED TO SERVING THE CUSTOMER AND THE COMMUNITY

1-800-592-2000

ORDER NO.: [illegible]

| ACCOUNT NO: | |
|---|---|
| NAME: | PHONE: |
| ADDRESS: | APT.: |
| TOWN/ZIP: | |

*BILLING ADDRESS:*

| ACCOUNT NO: | |
|---|---|
| NAME: | PHONE: |
| ADDRESS: | APT.: |
| TOWN/ZIP: | |
| PREVIOUS STOP TIME: AM PM | |

| WORK STATUS | | | |
|---|---|---|---|
| CHARGE | | METER WORK | |
| WARRANTY | | ODOR INVEST. | |
| NO CHARGE | | COMPLETE | |
| RECALL | | INCOMPLETE | |
| ODOR DETECTED: | YES | | NO |

| SERVICE DATE: | START: AM PM | STOP: AM PM | AREA/FUNC. |
|---|---|---|---|
| PERFORMED BY: | START: AM PM | STOP: AM PM | AREA/FUNC. |

DESCRIPTION OF WORK PERFORMED

| QTY | STOCK CODE | DESCRIPTION OF MATERIALS | UNIT PRICE | AMOUNT $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| LABOR CALC.: | $ / HR | LABOR $ | TOTAL MATERIAL | |
|---|---|---|---|---|
| 1st 15 min. | | | SALES TAX | |
| Add'l ______ | | | TOTAL LABOR | |
| *SR / OTHER DISCOUNT* ❑ Yes ❑ No | FLAT RATE $ | QTY | FLAT RATE ODOR | |
| | | | FLAT RATE PUMP | |
| CUSTOMER SIGNATURE X | | | **TOTAL BILLING** | |

**PAYMENT:** ❑ **MASTERCARD/VISA** ❑ **BILL ME**

MasterCard/Visa # ________________ Exp. Date __/__

| COMPONENTS CHECKED / ADJUSTED | | | |
|---|---|---|---|
| GENERAL | | WARM AIR | |
| MAIN BURNER | | FAN CONTROL | |
| PILOT | | LIMIT CONTROL | |
| RELAY | | BLOWER MOTOR | |
| GAS VALVE | | PULLEY/BELT | |
| THERMOSTAT | | FAN HOUSING | |
| FLUE PIPE | | AIR FILTER | |
| DRAFT | | | |
| MODULE | | | |
| TRANSFORMER | | | |
| VENT DAMPER | | | |
| DIVERTER | | | |
| | | | |
| HOT WATER | | STEAM | |
| AQUASTAT | | PRESSURETROL | |
| PRESSURE GAUGE | | PRESSURE GAUGE | |

NSTAR Gas
FROM: One NSTAR Way
Westwood, MA 02090-9230
Tel: (800)592-2000
Order# 3

...AR-PASSI
42 WALNUT ST
DEDHAM, MA 02026
Tel: (000)000-0000

...ST
, MA 02026

...e 23, 2004

ACCOUNT NO. 1570-644-0045 Cy 5 Rte 666

AMOUNT DUE $2,539.32

Your service has been shut off. Please pay the above amount and contact our Credit Department for restoration of service. A reconnection charge must be paid before your service can be restored. Payment can be made at a local payment agency.

N... At this time your service has not been shut off. Please pay your account in full or contact our Credit Department today for payment arrangements.

**FOR ELECTRIC CUSTOMERS ONLY:**
**If you purchase electricity from an electricity supplier, the shutoff amount includes charges from your distribution company, NSTAR, and your electricity supplier.**

To arrange for payment and/or restoration of service, call the telephone number shown above (located below the Company name and address).

Once we are notified that payment has been made, your service will be restored within 24 hours.

## ...SAFETY...

**GAS:**
Someone must be at the premise at the time of restoration to allow our service technician access to your appliances. There may be a service charge for any reconnect after 3 p.m.

**ELECTRIC:**
For your safety and protection of your property, someone must be at the premise at the time of restoration, OR THE MAIN BREAKER MUST BE IN THE "OFF" POSITION.

NSTAR GAS
...ITTED TO SERVING THE CUSTOMER AND THE COMMUNITY
1-800-592-2000

WORK STATUS: METER WORK / ODOR INVEST. / COMPLETE / INCOMPLETE — YES / NO

NA... / ADDRESS: / TOWN/ZIP: / SERVICE DATE / PERFORMED BY / DESCRIPTION OF

QTY / STOCK COL...

LABOR CALC.: 1st 15 min. / Add'l

SR / OTHER DISCOUNT ☐ Yes ☐ No / FLA...

CUSTOMER SIGNATURE X

PAYMENT: ☐ MASTERCAR...
MasterCard/Visa #

...DJUSTED / ...ARM AIR / ...IOL / ...IOL / ...OR / ...CLASS

E/FUNC. / A/FUNC.

Jeffponti

JUN21 12:31P

Rec by Jennifer Ponte

June Siman
42 Walnut St.
Dedham, MA. 02026

Joanne Toomey,
Executive Director
Dedham Housing Authority
163 Dedham Blvd.
Dedham, MA. 02026,

Dear Ms. Toomey,

I am writing in answer to your letter of 6/14/04 - Post marked 6/15/2004.

I hereby formally request an Hearing regarding my eligibility to receive housing Assistance.

Sincerely

June M. ~~Siman~~ Siman

Joanne Toomey
*Executive Director*

TEL: (781) 326-3543
FAX: (781) 326-1023
TDD: (781) 326-7302

# DEDHAM HOUSING AUTHORITY

**163 Dedham Boulevard, Dedham, Massachusetts 02026**

June 14, 2004

June Siman
42 Walnut Street
Dedham, MA 02026

Dear Ms. Siman:

The Dedham Housing Authority has obtained information that could result in denial of your continued participation in the Section 8 Housing Choice Program for failing to fulfill your family obligations.

1) **#5 The family is responsible for Housing Quality Standards breached which are caused by the family's failure to pay for tenant supplied utilities;** (You have a large outstanding balance owed for electricity)

You may contest this information and ask that your participation in the program continue. To do so, you must make a request, in writing, for an informal hearing within five working days after receiving this notification. The purpose of this informal hearing is to make a final determination on your eligibility to receive housing assistance.

To request an informal hearing, your letter must be addressed to Joanne Toomey, Executive Director, Dedham Housing Authority, 163 Dedham Blvd, MA 02026.

At this informal hearing you have the option of obtaining legal counsel and presenting relevant evidence in your favor. South Middlesex Legal Services phone numbers are 508-620-1830 or 800-696-1501.

If an Informal Hearing is not requested within 5 days, the Housing Authority will begin termination of your Section 8 Housing Assistance benefits.

Sincerely yours,

Jennifer Polito

Jennifer Polito
Leased Housing Representative
Enc.