UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUNE SIMON
    Plaintiff

Civil Action No. 04-11485-RCL

v.

DEDHAM HOUSING AUTHORITY
    Defendant

## ORDER OF DISMISSAL

**LINDSAY, D.J.**

In accordance with this Court's order dated December 8, 2004, and the plaintiff not having shown good cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2), it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

/s/ Lisa M. Hourihan
_____
Deputy Clerk

Date_____

(dism1915.ord - 8/96)    [odism.]